IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAYSHAWN INGRAM, individually                )
and as Personal Representative of the Estate )
of Anthony Chambers and as Legal             )
Representative of A.I., a minor,             )
4313 13th Street SE                          )
Washington, DC 20032                         )
                                             )
       Plaintiffs,                        )
                                             )
v.                                           )          Civil Action No. 1:12-CV-01915
                                             )
MICHAEL SHIPMAN-MEYER,                       )
Metropolitan Police Department               )
101 M Street SW                              )
Washington, DC 20024                         )
                                             )
And,                                         )
                                             )
STEPHEN ROSE,                                )
Metropolitan Police Department               )
101 M Street SW                              )
Washington, DC 20024                         )
                                             )
And,                                         )
                                             )
ELIZABETH LADUCCA,                           )
Metropolitan Police Department               )
101 M Street SW                              )
Washington, DC 20024                         )
                                             )
And,                                         )
                                             )
WILLIAM KARABELAS,                           )
Metropolitan Police Department               )
101 M Street SW                              )
Washington, DC 20024                         )
                                             )
And,                                         )
                                             )

THE DISTRICT OF COLUMBIA )
A Municipal Corporation )
441 Fourth Street NW )
Washington, DC 20001 )
)
      Defendants. )
_____)

## <u>JOINT NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that Defendants Michael Shipman-Meyer, Stephen Rose, Elizabeth LaDucca, and William Karabelas, hereby jointly remove the above-captioned case to this Court pursuant to 28 U.S.C. § 1441, *et seq*.  In support of the removal, these Defendants state as follows:

1.      On September 19, 2012, an action was commenced in the Superior Court of the District of Columbia, Civil Division, entitled Dayshawn Ingram, individually and as Personal Representative of the Estate of Anthony Chambers and as Legal Representative of A.I., a minor, vs. Michael Shipman-Meyer, Stephen Rose, Elizabeth LaDucca, William Karabelas, and the District of Columbia, Case Action No. 007515-12 B.

2.      Plaintiffs allege that Defendant Shipman-Meyer and the other individually named defendants "deprived decedent Anthony Chambers of the following rights under the United States Constitution: (a) Freedom from the use of excessive and unreasonable force in the course of detention and seizure; [and] (b) Freedom from a deprivation of liberty without due process of law." Compl. ¶ 20 (alleging violations of the decedent's Fourth and Fifth Amendment rights).

3.      These Defendants seek to remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

4.      Removal is proper because this civil action contains claims founded in federal law and this Court has original jurisdiction over the action pursuant to 28 U.S.C. §1331.  *See* Complaint, generally.

5.      Defendant LaDucca received a summons and copy of the complaint on November 7, 2012.

6.      Defendants Rose[1] and Karabelas each received a summons and copy of the complaint on November 9, 2012.

7.      Defendant Shipman-Meyer received a summons and copy of the complaint on November 19, 2012.

8.      This Notice is timely filed pursuant to 28 U.S.C. § 1446 because the removal is sought not more than 30 days after these Defendants were served or were otherwise made aware of this action against them.

9.      A copy of all documents from the Superior Court for the District of Columbia is attached hereto as Attachment 1.

10.      All Defendants, including the District of Columbia, join in this Notice of Removal.

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the District of Columbia.

DATED:  November 27, 2012

Respectfully Submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

---

[1] Defendant Stephen Rose does not concede that he received effective service of process under the governing rules.

3

*/s/ Patricia A. Oxendine*_____
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, General Litigation Sec. IV


*/s/ Shermineh C. Jones*_____
SHERMINEH C. JONES
D.C. Bar No. 499900
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6648; (202) 727-6295 Telephone
(202) 715-7724 Facsimile
shermineh.jones@dc.gov

Counsel for the Defendants




## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, I deposited a copy of the foregoing Joint

Notice of Removal in the United States Postal Service system for service of via first class mail,

postage prepaid, on:


Geoffrey D. Allen, Esq.
1730 Rhode Island Avenue NW
Suite 205
Washington, DC 20036

Counsel for the Plaintiffs

A courtesy copy was also sent via email to: geoffreyallen@verizon.net.

*/s/ Shermineh C. Jones*_____
SHERMINEH C. JONES
Assistant Attorney General

4