UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAYSHAWN INGRAM, *ET AL.* )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:12-CV-01915 (GK) |

## ORDER

This matter comes before the court on Plaintiffs' Consent Motion To Approve Settlement.. For good cause shown, it is this, 3rd day of October 2017, hereby:

**ORDERED,** that the Motion be and hereby is **GRANTED;** and it is further

**ORDERED,** that Settlement of this case is approved for the sum of $250,000.00. And it is further,

**ORDERED,** that the settlement funds be distributed as follows:

| | |
|---|---|
| Settlement Amount: | $250,000.00 |
| Legal Fee to : Geoffrey D. Allen | $100,000.00 |
| Expenses to: Geoffrey D. Allen | $30,582.48 |
| Dayshawn Ingram: | $59,708.76 |
| Crystal Ingram as Custodian for AI | $2,000 |
| Structured Settlement For AI | $57,708.76 |

And it further,

**ORDERED**, that settlement is taken under the wrong death statute only.

_____
Judge