UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAYSHAWN INGRAM, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 12-cv-001915 (GK) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| | ) |
| Defendants. | ) |

## JOINT PRAECIPE OF DISMISSAL

The clerk of the court will please dismiss all remaining claims in connection to the above-referenced caption. All claims should be dismissed with prejudice. Each party to bear its own costs.

Dated: 10/24/17              Respectfully submitted by,

*/s/ Geoffrey D. Allen*
Geoffrey D. Allen, Esq.
DC Bar No.: 288142
1030 15th Street, NW, Suite 555W
Washington, DC 20005
Tel: (202) 778-1167
E-Mail: geoffreyallen@verizon.net

*Plaintiff's Counsel*

And:

Karl A. Racine
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General
Civil Litigation Division

*/s/ Michael K. Addo*

- 1 -

Michael K. Addo
DC Bar #: 1008971
Chief, Civil Litigation Division Section IV

*/s/ Robert A. Deberardinis, Jr.*
Robert A. Deberardinis, Jr.
DC Bar #: 335976
Assistant Attorney General
Office of the Attorney General for DC
441 Fourth Street, NW, Suite 630 South
Washington, DC  20001
Tel: (202) 724-6642
Robert.deberardinis@dc.gov


*Counsel for Defendants the District of Columbia, Elizabeth Laducca, William Karabelas, and Stephen Rose*

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

*/s/ Toni Michelle Jackson*
Toni Michelle Jackson
DC Bar No.: 453765
Chief, Equity Section

*/s/ Matthew R. Blecher*
Matthew R. Blecher
DC Bar No.: 1012957
Assistant Attorney General
441 Fourth Street, NW, Suite 600S
Washington, DC  20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov

*Counsel for Defendant Shipman-Meyer*